EDWARD A. RICHARDS, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Richards* v. *City of New York*, 149 App. Div. 923, affirmed.
(Submitted May 1, 1912; decided May 21, 1912.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 2, 1912, which reversed an order of Special Term denying a motion by defendant to strike the above-entitled action from the Special Term calendar and granting a motion by plaintiff that issues be framed for trial by jury.

The following questions were certified: " *First.* Was this cause properly placed upon the calendar of the Kings County Special Term upon the notice of trial therefor served in behalf of the plaintiff ?

" *Second.* Is the defendant entitled to a trial by jury of any of the issues of fact in this action in the absence of an order made under the provisions of section 970 of the Code of Civil Procedure ?

" *Third.* Was the order granted by the Kings County Special Term on October 19, 1911, properly granted ? "

*James A. Sheehan* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* of counsel), for respondent.

Order affirmed, with costs, first and third questions certified answered in the negative and the second question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.